PREPARED BY:
Adrienne Love, Esq.
7009 Lenox Village Dr. Ste 103
Nashville, TN 37211

RECORDING REQUESTED BY

Napoleon Glass
120 Islandia Drive
Nashville, TN 37217

MAIL TAX STATEMENTS TO:
Napoleon Glass
120 Islandia Drive
Nashville, TN 37217

Karen Johnson    Davidson County
Batch# 254073                DEEDQC
07/09/2019 11:39:22 AM       4 pgs
Fees: $22.00  Taxes: $0.00

20190709-0066735

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# QUITCLAIM DEED

KNOW ALL MEN BY THESE PRESENTS THAT:

THIS QUITCLAIM DEED, made and entered into on the 27 day of June, 20 19, between Napoleon Glass, a single person, whose address is 120 Islandia Drive, Nashville, TN 37217 ("Grantor"), and Gwendolyn Camillia, a single person, whose address is 120 Islandia Drive, Nashville, TN 37217 ("Grantees").

For and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Grantor hereby Remises, Releases, AND FOREVER Quitclaims to Grantee, one-half of his interest in the property located in DAVIDSON COUNTY, STATE OF TENNESSEE, DESCRIBED AS FOLLOWS, TO-WIT:

Land in Davidson County, Tennessee, being Lot No. 308, on the Plan of Priest Lake Park, Section 5, of record in Book 4460, Pages 174 through 176, Register's Office for Davidson County, Tennessee, to which Plat reference is hereby made for a more complete description.

BEING the same property conveyed to Napoleon Glass by Warranty Deed from Jason T. Hobbs and wife, Jana F. Hobbs, married persons, of record in Book 20031205, page 0175114, dated December 3, 2003, Register's Office for Davidson County, TN

This conveyance is subject to taxes for 2019 and, subsequent years, easements and restrictive covenants of record.

Quitclaim Deed                          Page 1 of 3
This is IMPROVED property known as 120 Islandia Drive, Nashville, TN 37217

Grantor grants one-half of the Grantor's rights, title and interest in the above described property and premises to the Grantee as **joint tenants in common with rights or survivorship**, and to the Grantee's heirs and assigns forever in fee simple, so that neither Grantor nor Grantor's heirs legal representatives or assigns shall have, claim, or demand any right or title to Grantor's one-half interest of the property, premises, or appurtenances, or any part thereof.

**Map and Parcel ID Number(s): 36 06 0 075.00**

IN TESTIMONY WHEREOF I/we have hereunto set my/our hand(s) this 27 day of June, 2019.

_____
Napoleon Glass, Grantor

_____
Gwendolyn Camillia Wallace, Grantee

State of Tennessee
County of Rutherford

Before me, the undersigned Notary Public in and for the County and State aforesaid, personally appeared Napoleon Glass, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged to be person(s) within named and that he/she executed the foregoing instrument for the purposed therein contained.

Witness my hand and seal this 27 day of June, 2019.

_____
Notary Public

My Commission expires  6-28-2021.

Quitclaim Deed                                    Page 2 of 3
This is IMPROVED property known as 120 Islandia Drive, Nashville, TN 37217

IN TESTIMONY WHEREOF I/we have hereunto set my/our hand(s) this 27 day of June, 2019.

_Gwendolyn Camillia Wallace_
Gwendolyn Camillia Wallace, Grantee

State of Tennessee
County of Rutherford

[Notary seal: RUTHERFORD COUNTY · SAMANTHA G. HALEY · STATE OF TENNESSEE · NOTARY PUBLIC]

Before me, the undersigned Notary Public in and for the County and State aforesaid, personally appeared Gwendolyn Camillia Wallace, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged to be person(s) within named and that he/she executed the foregoing instrument for the purposed therein contained.

Witness my hand and seal this 27 day of June, 2019.

_Samantha H. Haley_
Notary Public

My Commission expires 6-28-2021

Quitclaim Deed    Page 3 of 3
This is IMPROVED property known as 120 Islandia Drive, Nashville, TN 37217
Case 3:25-ap-90059   Doc 1-1   Filed 06/02/25   Entered 06/02/25 15:38:16   Desc
Exhibit Exhibit A - 2019 QC Deed   Page 3 of 4

**Oath of Consideration**

I hereby swear or affirm the that actual consideration for this transfer is $ ___0___, and the true value that the property would command at a fair and voluntary sale is $11,000.

_____
Affiant

State of Tennessee

County of Rutherford

Before me, the undersigned Notary Public in and for the County and State aforesaid, personally appeared ___Marc Moore___, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged to be person(s) within named and that he/she executed the foregoing instrument for the purposed therein contained.

Witness my hand and seal this _27_ day of _June_, 20_19_.

_____
Notary Public

My Commission expires _10-28-2021_