Karen Johnson     Davidson County
Batch# 800646     **DEEDQC**
02/04/2022 12:41:12 PM     4 pgs
Fees: $22.00   Taxes: $0.00

20220204-0013335

This Instrument Prepared By:     Mark T. Freeman, Esq.
2126 21st Avenue, South
Nashville, Tennessee 37212

THIS QUITCLAIM DEED IS PREPARED BY INFORMATION FURNISHED BY THE PARTIES WITHOUT THE BENEFIT OF A TITLE SEARCH. THE PREPARER IS HELD HARMLESS FOR THE STATE OF THE TITLE OR THE ACCURACY OF THE INFORMATION CONTAINED HEREIN.

| New Owner Name & Address:<br>Napoleon Edmondson and Gwendolyn Camillia<br>120 Islandia Dr.<br>Nashville, TN 37217 | Send Tax Bills To:<br>Gwendolyn Camillia<br>120 Islandia Dr.<br>Nashville, TN 37217 | Map and Parcel ID:<br>36 06 0 075.00 |
|---|---|---|

## QUITCLAIM DEED

FOR AND IN CONSIDERATION of the sum of TEN DOLLARS ($10.00) cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and the mutual covenants and duties of the parties, Gwendolyn Camillia (hereinafter "Grantor"), hereby conveys, remises, releases and forever quitclaims unto Napoleon Edmondson (hereinafter "Grantee"), one-half interest in a certain tract and parcel of land attached to the property located at 120 Islandia Drive Nashville, Tennessee 37217 and being more particularly described as the following tract of real estates:

> Land in Davidson County, Tennessee, being Lot No. 308, on the Plan of Priest Lake Park, Section 5, or record in Book 4460, Pages 174 through 176, Register's Office for Davidson County, Tennessee, to which Plat reference is hereby made for a more complete description.
>
> BEING the same property conveyed to Napoleon Glass by Warranty Deed from Jason T Hobbs and wife, Jana F. Hobbs, married persons, of record in Book 20031205, page 0175114, dated December 3, 2003, Register's Office for Davidson County, TN
>
> And BEING the same property conveying one-half interest of said property to Gwendolyn Camillia by Quitclaim Deed from Napoleon Glass as joint tenants in common with right of survivorship, of record in instrument number 20190709-0066735, dated June 27, 2019, Register's Office for Davidson County, TN
>
> Napolean Glass has since died on August 24, 2019.

Case 3:25-ap-90059    Doc 1-2    Filed 06/02/25    Entered 06/02/25 15:38:16    Desc
Exhibit Exhibit B - 2022 QC Deed    Page 1 of 4

This instrument and the interest hereby released and quitclaimed are subject to such limitations, restrictions and encumbrances as may affect the Property. Grantor only conveys Grantor's interest in the Property.

This conveyance is further subject to taxes for the year 2022, which have been assumed by the Grantor. Grantor further assumes responsibility for all rollback taxes, if any, assessed against the Property.

Grantor grants one-half of the Grantor's rights, title, and interest in the above-described property and premises to the Grantee as **joint tenants in common with rights of survivorship** *with additional terms as set forth below*. Grantor and Grantee shall remain joint tenants in common for the remainder of Grantor's life and Grantor shall retain possession for the remainder of her life in exchange for relinquishment of her right in the property upon her death to Grantee's heirs should Grantee die before Grantor.

Therefore, Grantor gives up her right to transfer her interest in the property to anyone other than grantee's heirs. Upon grantor's death the ownership of the property shall vest in the grantee's heirs, legal representatives, or assigns.

Witness my hand this 29 day of January 2022.  ____Gwendolyn Camillia Wallace____
(Grantee- Gwendolyn Camillia) Wallace

STATE OF TENNESSEE )
COUNTY Davidson )

Personally, appeared before me, the undersigned Notary Public, in and for said County and State, the within named Gwendolyn Camillia with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that he/she executed the foregoing instrument for the purposes therein contained.

Witness my hand and official seal this the 29th day of January, 2022.



Notary Public: _____ My commission expires: 09/06/2022

Witness my hand this 29 day of January 2022. _____
(Grantee- Napoleon Edmondson)

STATE OF TENNESSEE )
COUNTY Davidson )

Personally, appeared before me, the undersigned Notary Public, in and for said County and State, the within named Napoleon Edmondson, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that she executed the foregoing instrument for the purposes therein contained.

Witness my hand and official seal this the 29th day of January, 2022.

Notary Public: _____ My commission expires: 09/06/2022



Case 3:25-ap-90059   Doc 1-2   Filed 06/02/25   Entered 06/02/25 15:38:16   Desc
Exhibit Exhibit B - 2022 QC Deed    Page 3 of 4

## OATH OF CONSIDERATION

STATE OF TENNESSEE  )
COUNTY  Davidson  )

I hereby swear or affirm that the actual consideration for this transfer is $0.00, and the true value that the property would command at a fair and voluntary sale is approximately $201,900.00.

_____
(Grantor- Gwendolyn Camillia) Wallace

Witness my hand and official seal this the 29 day of January 2022.

Notary Public: _____  My commission expires: 09/06/2022

_____
(Grantee- Napoleon Edmondson)

Witness my hand and official seal this the 29 day of January 2022.

Notary Public: _____  My commission expires: 09/06/2022


