Form B 250B (12/09)

# CERTIFICATE OF SERVICE

I, __Justin T. Campbell__ certify that service of this summons and a copy of the complaint was made __6/6/2025__ by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☒ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Defendant's counsel, Rodney Caldwell, agreed to accept service on behalf of Defendant Edmondson

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

☐ If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __6/6/2025__    Signature __/s/ Justin T. Campbell__

Print Name: Justin T. Campbell - Thompson Burton PLLC

Business Address: 1801 West End Avenue, Suite 1550

Nashville, TN 37203