IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Gwendolyn Camilla Wallace,** | ) | Bk No. 25-01435 |
| | ) | Chapter 7 |
| Debtor, | ) | Judge Nancy King |
| | ) | |
| **Eva M. Lemeh, Trustee**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 3:25-bk-90059 |
| | ) | |
| **Napoleon Edmondson,** | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE OF AMENDED COMPLAINT

    I hereby certify that on June 13, 2025, I filed the Trustee's *Amended Complaint* (Docket No. 4) with this Court via the CM/ECF system and served the *Amended Complaint* upon counsel for Napoleon Edmondson as listed below, pursuant to the agreement to accept service for Defendant on the Trustee's initial complaint and as illustrated in the Trustee's Certificate of Service of Summons (Docket No. 3). The *Amended Complaint* was served upon:

Rodney L. Caldwell
Flexer Law PLLC
121 East Main Street
Murfreesboro, TN 37130
Rodney@flexerlaw.com

                                                                                        /s/ Justin T. Campbell
                                                                                        Justin T. Campbell