IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: GWENDOLYN CAMILLIA WALLACE,<br>   Debtor. | Chapter 7<br>Case No. 3:25-bk-01435 |
| EVA M. LEMEH, TRUSTEE,<br>   Plaintiff,<br>v.<br>NAPOLEON EDMONDSON,<br>   Defendant/Third-Party Plaintiff,<br>v.<br>GWENDOLYN CAMILLIA WALLACE,<br>Third-party Defendant, | Adv. Proc. No. 3:25-ap-90059<br>Judge Nancy B. King |

**NOTICE OF APPEARANCE**

Pursuant to Rule 83.01 of the Local Rules of the United States District Court for the Middle District of Tennessee and the Federal Rules of Civil Procedure, please take notice that the undersigned attorney hereby enters their appearance as counsel of record on behalf of **Napolean Edmondson**, Defendants in the above-captioned matter.

All pleadings, notices, orders, correspondence, and other papers in connection with this action should be served upon the undersigned at the address indicated below.

        **Respectfully submitted,**

        **s/Lorraine Wade**

        **Lorraine Wade #22331**
        **WADE LAW FIRM**
        **199 Enon Springs Rd W Ste 100**
        **Smyrna, Tennessee 37167**

**Phone: (615) 915-0289**
**Email: Lorrainewade@wadelaw.net**
**Attorney for Defendants Ronda Edgar and Edgar Law Group, LLP**

## CERTIFICATE OF SERVICE

This document was sent via the Federal Court Court's electronic filing system, via electronic mail and U.S. Mail to the following:

Justin T. Campbell

Thompson Burton

1801 West End Ave Suite 1550,

 Nashville, Tennessee 37203

email justin@thomspnburton.com

On this 26th day of June 2025.

                                                s/Lorraine Wade/s