# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gwendolyn Camilla Wallace, | ) | Bk No. 25-01435 |
| | ) | Chapter 7 |
| Debtor, | ) | Judge Nancy King |
| | ) | |
| Eva M. Lemeh, Trustee, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. No. 3:25-bk-90059 |
| | ) | |
| Napoleon Edmondson, | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Gwendolyn Camilla Wallace, | ) | |
| | ) | |
| Debtor/Third-Party Defendant | ) | |

## TRUSTEE'S PARTIAL MOTION TO DISMISS ADVERSARY PROCEEDING

COMES NOW Plaintiff/Counter Defendant (the "Trustee"), by and through her undersigned counsel, and respectfully moves this Court to dismiss, in part, the *Third-Party Complaint* (the "Complaint") filed by Defendant/Third-Party Plaintiff Napoleon Edmondson ("Edmondson") pursuant to Federal Rule of Civil Procedure 12(b)(6), as made applicable hereto by Rule 7012 of the Federal Rules of Bankruptcy Procedure, for failure to state a claim upon which relief can be granted. In support thereof, the Trustee relies upon the concurrently filed memorandum of law.

Respectfully Submitted,

/s/ Justin T. Campbell
Justin T. Campbell (TN Bar No. 031056)
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
Tel:    615-465-6015
Email: justin@thompsonburton.com
*Attorney for Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing document has been served this 7th day of August, 2025, upon all parties of record requesting notice through the Court's electronic filing system, and by United States mail to:

Lorraine Wade
Wade Law Firm
199 Enon Springs Road W, Suite 100
Smyrna, TN 37210
Lorrainewadelaw@gmail.com

/s/ Justin T. Campbell
Justin T. Campbell