Form hrgnot

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Adversary Proceeding No. 3:25−ap−90059
Related Bankruptcy Proceeding No. 3:25−bk−01435

Judge Nancy B King

In Re:

Plaintiff/Movant : Eva M Lemeh

   vs

Defendant/Respondent : NAPOLEON EDMONDSON

PLEASE TAKE NOTICE that a hearing will be held :

Courtroom 3 (Virtual hearing if allowed, see website for details), 701 Broadway, Nashville, TN 37203 on 10/21/25 at 09:30 AM

to consider and act upon the following:

*9* – Plaintiff/Counter−Defendant's Motion to Dismiss Adversary ProceedingPartial Dismissal of Multiple Counts of Counter−Complaint. Certificate of Service mailed on 8/7/2025. Filed on the behalf of: Plaintiff Eva M Lemeh. (CAMPBELL, JUSTIN)

Dated: 8/27/25                                                       /s/ Vanessa A Lantin
                                                                        Clerk, U.S. Bankruptcy Court