SO ORDERED.
SIGNED 8th day of October, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

_____
Nancy B. King
U.S. Bankruptcy Judge

| | | |
|---|---|---|
| IN RE: | ) | 3:25-bk-01435 |
| | ) | Chapter 7 |
| GWENDOLYN CAMILLA WALLACE | ) | Judge Nancy B. King |
| Debtor. | ) | |
| | ) | |
| EVA M. LEMEH, Trustee, | ) | Adv. No. 3:25-ap-90059 |
| Plaintiff/Counter-Defendant, | ) | |
| v. | ) | |
| NAPOLEON EDMONDSON, | ) | |
| Defendant/Third Party Plaintiff, | ) | |
| v. | ) | |
| GWENDOLYN CAMILLIA WALLACE, | ) | |
| Debtor/Third-Party Defendant. | ) | |

## ORDER

In accordance with the Memorandum Opinion filed contemporaneously with this Order, the Trustee's Motion to Dismiss Counts I, II, III, IV, V, XI, and XIII of Napolean Edmondson's Third-Party Complaint for failure to state a claim is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(6), as made applicable by Federal Rule of Bankruptcy Procedure 7012.

**IT IS SO ORDERED.**

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE PAGE**