Official Form 417A (12/23)

[Caption as in Form 416A, 416B, or 416D, as appropriate]

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): __Napolean Edmondson__

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☑ Plaintiff - Third Party
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken: __Order dismissing Counts I, II, III, IV, V, XI, XIII of Edmondson's Complaint.__

2. State the date on which the judgment—or the appealable order or decree—was entered: __October 8, 2025__

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: __Trustee__  Attorney: __Justin T. Campbell, Thompson Burton PLLC, 1801 West End Ave Ste 1550, Nashville, TN 37203, justin@thompsonburton.com__

2. Party: _____  Attorney: _____

Official Form 417A        Notice of Appeal and Statement of Election        page 1

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*Lorraine Wade*
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: Oct 21, 2025

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Lorraine Wade
199 Enon Springs Rd W #100
Smyrna, Tennessee 37167
615-915-0289

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# CERTIFICATE OF SERVICE

This document was sent via the Federal Court Court's electronic filing system, via electronic mail and U.S. Mail to the following:

Justin T. Campbell

Thompson Burton

1801 West End Ave Suite 1550,

 Nashville, Tennessee 37203

email [justin@thomsonburton.com](mailto:justin@thomsonburton.com)

On this 21st day of October 2025

                                                  s/Lorraine Wade/s