UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

In re:
GWENDOLYN CAMILLIA WALLACE,  Bankruptcy Case No. 3:25-bk-01435

    Debtor(s).  Chapter 7
Judge Nancy B. King

---

EVA M LEMEH, Trustee,

    Plaintiff/Third-Party Defendant

    v.  Adversary Proceeding No. 3:25-ap-90059

NAPOLEON EDMONDSON,

    Defendant/Third-Party Plaintiff

    v.

GWENDOLYN CAMILLIA WALLACE,

    Third-Party Defendant

---

CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, the Notice of Appeal, document no. 18 on the record of the above case, was served by first class mail postage prepaid (or hand delivered as indicated below) to the following recipients:

    **Justin T. Campbell**
    Thompson Burton
    1801 West End Ave Suite 1550,
    Nashville, Tennessee 37203

**MEGAN SELIBER**  
U.S. TRUSTEE  
701 Broadway, Room 318  
Nashville, TN 37203  
(HAND DELIVERED)

Dated: October 24, 2025                            /s/ Vanessa A. Lantin, Clerk of Court

/jjk