SO ORDERED.
SIGNED 15th day of November, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

**Nancy B. King**
**U.S. Bankruptcy Judge**



IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GWENDOLYN CAMILLIA WALLACE, | ) | Case No: 3:25-bk-01435 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge King |
| | ) | |
| EVA M. LEMEH, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ). | Ad Pro. No. 3:25-ap-90059 |
| | ) | |
| NAPOLEON EDMONDSON, | ) | |
| | ) | |
| Defendant. | ) | |
| v. | ) | |
| | ) | |
| GWENDOLYN CAMILLA WALLACE, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

# AGREED PRETRIAL ORDER

Plaintiff, Eva M. Lemeh, Trustee ("Trustee") and Napoleon Edmondson ("Edmondson") having agreed, as indicated by the signatures of counsel below, on a pretrial order in this matter; and the Court having considered the proposed pretrial dates, the discussion in open court at the pretrial conference held before the Court on October 21, 2025, and good cause having been shown, it is hereby **ORDERED**:

## PLEADINGS

The Plaintiff shall have twenty-one (21) days from the entry of this order to file its answer to the counter-claims that remain in this case following the entry of the Court's Order Granting Trustee's Motion to Dismiss Counts I, II, III, IV, XI, and XIII of Edmondson's Third-Party Complaint.

## STATEMENT OF THE ISSUES

Based on the court filings and agreement of the parties, the issues to be determined by the Court are as follows:

1. Whether the January 29, 2022 Quitclaim Deed between Defendant Edmondson and the Debtor was a fraudulent transfer pursuant to 11 U.S.C. § 544(b) and the Tennessee Uniform Fraudulent Transfer Act.

2. Whether the Trustee is allowed to partition and sell the Real Property, assuming Defendant Edmondson is awarded any ownership interest in the Real Property, pursuant to 11 U.S.C. § 363(h).

3. Whether Defendant Edmondson is entitled to a recission of the June 2019 deed between the Debtor and Mr. Napoleon Glass.

4. Whether Defendant Edmondson is entitled to equitable estoppel or judicial estoppel.

5. Whether an oral contract existed between Defendant Edmondson and the Debtor and whether, if an oral contract existed, an oral contract was breached.

6. Pursuant to the alleged oral contract, whether Defendant Edmondson is entitled to claim of promissory estoppel and/or unjust enrichment.

7. Whether Defendant Edmondson is entitled to have any debts owed to him deem non-dischargable pursuant to 11 U.S.C. § 523(2)(A) or that the Debtor's discharge should be denied pursuant to 11 U.S.C. § 727(a)(4)

8. Whether Defendant Edmondson is entitled to an injunction pursuant to 11 U.S.C. § 105(a).

## FINAL DISPOSITION

All parties consent to the final disposition of this adversary proceeding by the bankruptcy court.

## INITIAL DISCLOSURES

Fed. R. Civ. Proc. 26 disclosures will be managed by agreement of the parties.

## DISCOVERY

All discovery in this matter shall be completed by *February 1, 2026*.

## MOTIONS

It has been determined that portions of this case might be resolved by motions for summary judgment. In anticipation of summary judgment motions, the following schedule is adopted:

All Motions for Summary Judgment with briefs shall be filed on or before **March 16, 2026**. Following the filing of any Motion for Summary Judgment, the Court shall set a hearing date with applicable response/reply deadlines.

### TRIAL AND FINAL PRETRIAL CONFERENCE

The Court has scheduled a final pretrial conference in this matter for ***May 5, 2026, at 11:00 a.m.***, to address any outstanding issues prior to the trial of this matter. ***The Conference will be held via Zoom (Audio Only); CALL-IN NUMBER: 833-568-8864; MEETING ID: 160 2983 9352.***

The trial in this matter is scheduled for ***May 19, 2026, and shall begin at 11 a.m., in Courtroom 3, 701 Broadway, Nashville, TN 37203.*** If the trial is not completed on May 19, 2026, the Court may continue the trial as is applicable with the Court and counsels' schedules.

**IT IS SO ORDERED**

> This order was signed and entered electronically as indicated at the top of the first page.

APPROVED FOR ENTRY:

/s/ Justin T. Campbell
Justin T. Campbell (Tn Bar No. 031056)
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203
615-465-6015 (Telephone)
justin@thompsonburton.com

*Counsel for Trustee*

/s/ Lorraine Wade
Lorraine Wade
Wade Law Firm
199 Enon Springs Road W, Suite 100
Smyrna, TN 37210
615.915.0289
615.915.0290 (f)
lorrainewadelaw@gmail.com

*Counsel for Defendant*