**SO ORDERED.**
**SIGNED 5th day of May, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nancy B. King**
**U.S. Bankruptcy Judge**



IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GWENDOLYN CAMILLIA WALLACE, | ) | Case No: 3:25-bk-01435 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge King |
| | ) | |
| EVA M. LEMEH, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ). | Ad Pro. No. 3:25-ap-90059 |
| | ) | |
| NAPOLEON EDMONDSON, | ) | |
| | ) | |
| Defendant. | ) | |
| v. | ) | |
| | ) | |
| GWENDOLYN CAMILLA WALLACE, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## AGREED AMENDED SCHEDULING ORDER

Plaintiff, Eva M. Lemeh, Trustee ("Trustee") and Napoleon Edmondson ("Edmondson") having agreed, as indicated by the signatures of counsel below, on a revised or amended scheduling order in this matter; and the Court having considered the proposed pretrial dates, the discussion in open court at the status conference held before the Court on March 17, 2026, and good cause having been shown, it is hereby **ORDERED**:

## PRIOR AGREED PRETRIAL ORDER

On November 17, 2025, the Parties entered into an Agreed Pretrial Order (Docket No. 23) that outlined the Statement of Facts and other pretrial issues in this matters. The Agreed Pretrial Order continues to control on all items not specifically revised herein.

## PLEADINGS

The pleadings in this matter are closed and no party shall file additional pleadings without leave of this Court.

## DISCOVERY

All written discovery in this matter shall be completed by *August 3, 2026*. All depositions shall be completed by *August 31, 2026*.

## MOTIONS

It has been determined that portions of this case might be resolved by motions for summary judgment. In anticipation of summary judgment motions, the following schedule is adopted:

All Motions for Summary Judgment with briefs shall be filed on or before *October 1, 2026*. Following the filing of any Motion for Summary Judgment, the Court shall set a hearing date with applicable response/reply deadlines.

## **TRIAL AND FINAL PRETRIAL CONFERENCE**

The Court has scheduled a final pretrial conference in this matter for ***November 3, 2026*** at 11 a.m. to address any outstanding issues prior to the trial of this matter.

The trial in this matter is scheduled for ***November 10, 2026*** and shall begin at 11 a.m. If the trial is not completed on November 10, 2026, the Court may continue the trial as is applicable with the Court and counsels' schedules.

**IT IS SO ORDERED**

> This order was signed and entered electronically as indicated at the top of the first page.

APPROVED FOR ENTRY:

/s/ Justin T. Campbell
Justin T. Campbell (Tn Bar No. 031056)
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203
615-465-6015 (Telephone)
justin@thompsonburton.com

*Counsel for Trustee*

*/s/* Lorraine Wade
Lorraine Wade
Wade Law Firm
199 Enon Springs Road W, Suite 100
Smyrna, TN 37210
615.915.0289
615.915.0290 (f)
lorrainewadelaw@gmail.com

*Counsel for Defendant*